THE PEOPLE ex rel. JOHN L. RYDER, Respondent, *v.* THE
CLERK OF THE BOARD OF SUPERVISORS OF KINGS COUNTY,
Appellant.

(Argued April 9, 1894; decided April 17, 1894.)

APPEAL from order of the General Term of the Supreme
Court in the second judicial department, entered upon an
order made March 5, 1894, which affirmed an order of Spe-
cial Term directing the issuance of a writ of peremptory
mandamus to the defendant herein.

The following is the *mem.* of decision:

" This is a controversy between John F. Ryder upon the
one part, and Richard L. Baisley upon the other, to deter-
mine which is the rightful supervisor of the town of Flat-
lands, Kings county, for the current year. Both parties desire
to have the controversy determined upon its merits, and the
question whether it can properly be determined in this pro-
ceeding by mandamus against the clerk of the board of super-
visors has not been discussed and is not noticed in the briefs
submitted to us. We do not, therefore, determine it.

" We are satisfied that the decision of the court below is
right upon the merits, and we affirm its decision upon the
opinion there pronounced.

" The order should be affirmed, with costs."

*James C. Church* for appellant.

*George F. Elliott* for respondent.

*Per Curiam mem.* for affirmance.
All concur.
Order affirmed.